**Electronically Filed
Supreme Court
SCPR-18-0000714
02-JAN-2019
02:03 PM**

SCPR-18-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE JOHN SUN-KYUNG SONG, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of the petition to resign and surrender his license to practice law in the State of Hawaiʻi filed by attorney John Sun-Kyung Song, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the affidavits submitted in support thereof, we conclude Petitioner Song has complied sufficiently with the requirements of RSCH Rule 1.10 to warrant granting the petition.  Therefore,

IT IS HEREBY ORDERED that the petition is granted *nunc pro tunc* to December 31, 2018.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner John Sun-Kyung Song, attorney number 2182, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, January 2, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson